UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:                                                    CASE NO.: 09-16796-BKC-PGH
                                                          Chapter 7
T-SHIRT EXPRESSIONS OF
BOCA RATON, INC.

      Debtor(s).
_____/
MICHAEL R. BAKST, Trustee in Bankruptcy
for T-Shirt Expressions of Boca Raton, Inc.,

      Plaintiff,

vs.                                                       Adv.Proc.No.:

JAMES BATMASIAN AND MARTA BATMASIAN
D/B/A INVESTMENTS LIMITED, jointly and severally

      Defendants,
_____/

### TRUSTEE'S COMPLAINT FOR TURNOVER OF PROPERTY PURSUANT TO 11 U.S.C. § 542

The Plaintiff, **Michael R. Bakst, Trustee in Bankruptcy for T-Shirt Expressions of Boca Raton, Inc.**, ("Trustee") by and through undersigned counsel, hereby sue the Defendants, **James Batmasian and Marta Batmasian d/b/a Investments Limited** ("Defendants"), for Turnover of Property Pursuant to 11 U.S.C. §542, and states:

1. This is an adversary proceeding brought by **Michael R. Bakst, Trustee in Bankruptcy for T-Shirt Expressions of Boca Raton, Inc.**, for Turnover of Property Pursuant to 11 U.S.C. § 542.

2. This action was commenced by the filing of a voluntary Chapter 7 bankruptcy petition on April 11, 2009, 09-16796-BKC-PGH.

3. This Court has jurisdiction over this subject matter pursuant to 28 U.S.C. § 157 and 1334(b).

RM:7027297:1

1

4. This a core proceeding for which the Court is authorized to hear and determine all matters regarding this case in accordance with 28 U.S.C. § 157(b)(2)(A) and (E).

5. The Defendants, **James Batmasian and Marta Batmasian d/b/a Investments Limited**, are doing business in Palm Beach County, Florida and are otherwise subject to the jurisdiction of this Court.

6. The Debtor has listed on its Schedules a security deposit for a Commercial Real Estate lease with Investments Limited ("Investments Limited") at 2522 NW Boca Raton Blvd., Boca Raton, FL 33431 in the amount of $9,969.00 ("Security Deposit").

7. Based on the Florida Secretary of State, Investments Limited has been listed on the fictitious name registry since April 4, 2007, with James Batmasian and Marta Batmasian listed as the owners.

8. On October 2, 2009, the Trustee's counsel sent a letter to the Defendants for turnover of the Security Deposit within ten days from the date of said letter.

9. A true and correct copy of the October 2, 2009 letter is attached hereto as **Exhibit 1.**

10. The Defendants have failed and refused to turnover the Security Deposit.

### COUNT I – TURNOVER OF PROPERTY PURSUANT TO 11 U.S.C. § 542

11. The Plaintiff, **Michael R. Bakst, Trustee in Bankruptcy for T-Shirt Expressions of Boca Raton, Inc.**, realleges paragraphs 1 through 10 above as if fully set forth herein.

12. Pursuant to 11 U.S.C. §542(a):

> Except as provided in subsection (c) or (d) of this section, an entity, other than a custodian, in possession, custody, or control, during the case, of property that the Trustee may use, sell, or lease under section 363 of this title, or that the Debtor may exempt under section 522 of this title, shall deliver to the Trustee, and account for, such property or the value of such property, unless such property is of inconsequential value or benefit to the estate

RM:7027297:1

2

13. Pursuant to 11 U.S.C. § 542(a), the Trustee is entitled to receive and recover from the Defendants, **James Batmasian and Marta Batmasian d/b/a Investments Limited**, the Security Deposit that is property of the estate for the benefit of creditors of the bankruptcy estate.

14. Alternatively, pursuant to 11 U.S.C. §542(b), an entity that owes a debt that is property of the estate that has matured, shall pay such debt to the Trustee.

15. The Defendants, **James Batmasian and Marta Batmasian d/b/a Investments Limited,** owe a debt that is property of the estate that has matured in the amount of $9,969.00.

16. The Defendants, **James Batmasian and Marta Batmasian d/b/a Investments Limited**, have failed to turnover to the Trustee the Security Deposit in the amount of $9,969.00, which constitutes property of the estate.

17. The Defendants, **James Batmasian and Marta Batmasian d/b/a Investments Limited**, were the initial transferee for whose benefit the transfer was made and as a result, the Plaintiff, **Michael R. Bakst, Trustee in Bankruptcy for T-Shirt Expressions of Boca Raton, Inc.,** is entitled to avoid and recover the transfer pursuant to 11 U.S.C. § 550(a)(1), wherein the Court would find that the Defendants, **James Batmasian and Marta Batmasian d/b/a Investments Limited**, must turnover the Security Deposit in the amount of $9,969.00 to the Trustee.

18. The Plaintiff, **Michael R. Bakst, Trustee in Bankruptcy for T-Shirt Expressions of Boca Raton, Inc.,** seeks an order from the Court requiring the Defendants, **James Batmasian and Marta Batmasian d/b/a Investments Limited**, to turnover the sum of $9,969.00, by way of a judgment against the Defendants pursuant to 11 U.S.C. §542(a), or, alternatively, require the delivery of such funds to the Trustee pursuant to 11 U.S.C. §542(b).

WHEREFORE, the Plaintiff, **Michael R. Bakst, Trustee in Bankruptcy for T-Shirt Expressions of Boca Raton, Inc.,** by and through undersigned counsel, respectfully requests that this Court enter judgment directing the Defendants, **James Batmasian and Marta Batmasian d/b/a Investments Limited**, to turn over to the Security Deposit in the amount of $9,969.00, and that the Court grant such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the parties listed below on this the 16 day of December, 2009.

**RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.**

MICHAEL R. BAKST, Esq.
Florida Bar No. 866377
MARLA NEUFELD, Esq.
Florida Bar No. 046262
Attorneys for Plaintiff
222 Lakeview Ave., Suite 800
West Palm Beach, Florida 33401
Telephone: (561) 838-4523
Facsimile: (561) 514-3423

## MICHAEL R. BAKST, TRUSTEE

### UNITED STATES BANKRUPTCY TRUSTEE

PMB-702, SUITE 160
222 LAKEVIEW AVENUE
WEST PALM BEACH, FL 33401

TELEPHONE 561.238.9900
FACSIMILE 561.238.9920
E-MAIL trustee@ebcblaw.com

October 2, 2009

**VIA CERTIFIED MAIL**
**#7008 3230 0001 9336 4508**
Investments Limited
215 N. Federal Highway
Boca Raton, Fl 33432

Re:   **T-Shirt Expressions of Boca Raton, Inc., Debtor**
      **Case No. 09-16796-BKC-PGH**

To Whom It May Concern:

On April 11, 2009, a Chapter 11 bankruptcy was filed by T-Shirt Expressions of Boca Raton, Inc., in the Southern District of Florida (Case No.: 09-16796-BKC-PGH) which was converted to a Chapter 7 bankruptcy on August 18, 2009. I have been appointed as the Chapter 7 Trustee and have enclosed a Notice of Commencement.

The Debtor has listed on his schedules a deposit for a Commercial Real Estate lease with Investments Limited at 2522 NW Boca Raton Blvd., Boca Raton, Florida 33431 in the amount of nine thousand nine hundred sixty nine ($9,969.00) dollars.

This letter is being sent to demand the funds be turned over to the Trustee within ten (10) days from the date of this letter. Your check should be made payable to Michael R. Bakst, Trustee in Bankruptcy for T-Shirt Expressions of Boca Raton, Inc.

If payment is not made, I may have no other choice but to bring an adversary proceeding against you within the Bankruptcy Court here in Florida.

**Be Guided Accordingly**

Very truly yours,

**MICHAEL R. BAKST, TRUSTEE**

By: *[signature]*
   MICHAEL R. BAKST

MRB: emb
Enclosure

Dictated But Not Read
SIGNED IN HIS ABSENCE
TO AVOID DELAY

RM:6834149:1

EXHIBIT "1"

FORM B9D (Chapter 7 Corporation/Partnership Asset Case) (12/1/08)　　　　　　　　　　　　　　　Case Number 09-16796-PGH

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor Corporation listed below was originally filed under chapter 11 on 4/14/09 and was converted to a case under chapter 7 on 8/18/09.

You may be a creditor of the debtor. This notice lists important deadlines. You may want to consult an attorney to protect your rights. All documents filed in the case may be accessed electronically via CM/ECF including at the public access terminals in every clerk's office. **NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.**

### See Reverse Side For Important Explanations and SDFL Local Court Requirements.

Debtor(s) name(s) and address(es) (for names include married, maiden and trade used by the debtor(s) in the last 8 years):
T-Shirt Expressions of Boca Raton, Inc.
2522 NW Boca Raton Blvd.
Boca Raton, FL 33431

| Case Number: 09-16796-PGH | Last four digits of Social-Security or Individual Taxpayer-ID (ITIN) No(s)./Complete EIN: xxx1487 |
|---|---|
| Attorney for Debtor(s) (or Pro Se Debtor) name and address:<br>Joey M Grant Esq<br>365 E. Palmetto Park Rd<br>Boca Raton, FL 33432<br>Telephone number: (561) 544-8900 | Bankruptcy Trustee (name and address):<br>Michael R Bakst<br>PMB 702<br>222 Lakeview Ave #160<br>West Palm Beach, FL 33401<br>Telephone number: 561-838-4539 |

## MEETING OF CREDITORS

Date: September 30, 2009　　　　　　　Time: 11:30 AM
Location: Flagler Waterview Bldg, 1515 N Flagler Dr Rm 870, West Palm Beach, FL 33401

**WARNING TO DEBTOR:** Without further notice or hearing the court may dismiss your case for failure of the debtor to appear at the meeting of creditors or failure to timely file required schedules, statements or lists.

### Deadlines:
Documents submitted for filing must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): 12/29/09　　　　　For a governmental unit:

**Deadline to Object to Trustee's Report of Abandonment:**
See explanation on reverse.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the bankruptcy clerk's office where assigned judge is chambered:<br>Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401<br>Telephone: 561-514-4100 | |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM<br>Closed all Legal Holidays | Clerk of the Bankruptcy Court: Katherine Gould Feldman<br>For: Judge Paul G Hyman Jr<br>Date: 8/21/09 |

005112　　　　　　　　　　　　　　　　　33405005122023



Home | He

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 3230 0001 9336 4508**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 11:11 AM on October 3, 2009 in BOCA RATON, FL 33432.

**Track & Confirm**

Enter Label/Receipt Number.

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Ga

Copyright© 2009 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Debtor
T Shorts
Et ux

Sent To: *Investment Limited*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006   See Reverse for Instructions

7008 3230 0001 9336 4508